UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER

All documents in this case will be filed electronically, in accordance with the District Court's CM/ECF Policies and Procedures Manual. Documents filed electronically must be filed in OCR text searchable PDF format.

Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

All pleadings (including briefs and exhibits) supporting or opposing:

a. Motions to dismiss;

b. Motions to suppress;

c. Trial briefs; and

d. Any other filing that exceeds 15 pages.

So Ordered.

　　　　　　　　　　　　　　　　　　／s／  Robert N. Chatigny
　　　　　　　　　　　　　　　　　　United States District Judge

Rev 3/1/13